IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                      Case No. **3:03cr88/RV**

SALEM MOHAMED ABDEL HADY,
a/k/a Salem Abd El Hadi,

        Defendant.

_____

## ORDER OF REMOVAL

WHEREAS, the United States of America, by and through its undersigned

Assistant United States Attorney, and the Defendant have entered into a plea agreement

whereby the Defendant has pleaded guilty to **Count One** of the superceding indictment.

**Count One** charges that the defendant was involved in a conspiracy to violate the

provisions of Title 21, United States Code, Sections 610 and 676 in that the defendant

prepared and caused others to prepare beef and beef products capable of use as human

food at an establishment not authorized to prepare such products for commerce and

thereafter transported, offered for sale or transportation and received for transportation, in

commerce, (1) an such article which (A) is capable of use as human food and (B) is

adulterated or misbranded at the time of such sale, transportation, offer for sale and

transportation and receipt for transportation; and (2) an article required to be inspected

under Section 610 unless they had been earlier so inspected and passed.;

WHEREAS the Court has accepted the defendant's plea and approved the plea agreement entered into by the parties;

WHEREAS the Defendant was extradited from Cypress and is present in the United States only because of the arrest warrant;.

WHEREAS the INS has a detainer lodged against the Defendant whereby, once the criminal matters against the Defendant has been resolved and any sentence imposed upon the defendant is served and this Court's jurisdiction is relinquished, custody of the Defendant is given to the INS to effectuate his removal from the sovereign territory of the United States; and

WHEREAS,  it is in the best interests of all parties to swiftly and expeditiously return the Defendant to Egypt, his country of origin; once the criminal matters pending before this Court and the Supreme Court of the State of New York for the County of New York, Criminal Term: Part 32 in Case No. 2912/2001are resolved;

IT IS HEREBY ORDERED, that upon completion of all criminal matters, the defendant, **SALEM MOHAMED ABDEL HADY, a/k/a Salem Abd El Hadi**, is removable from the United States, and shall be removed to Egypt or such other country as the Secretary of the Department of Homeland Security may, by law, direct;

AND IT IS FURTHER ORDERED that the Secretary for the Department of Homeland Security shall execute this order as promptly as possible according to the applicable immigration laws and regulations.

ENTERED this 2nd day of June, 2006

/s/ *Roger Vinson*
Senior United States District Judge